PER CURIAM.

(No. 75-CC-521—)

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed January 14, 1975.*

ROBERT H. GOLDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.